IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Magistrate Case No. 06- 02 PO_ MPT |
| JOSE CURIEL-ESTRADA, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about December 3, 2002, the defendant, Jose Curiel-Estrada, who was then and there an alien, did knowingly and unlawfully enter the United States from Mexico, at a point near Nogales, Arizona, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

COLM F. CONNOLLY
United States Attorney

BY: *Beth M. Schnoll*
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 28, 2006

FILED
SEP 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE