IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 06- 02 PO-MPT |
| JOSE CURIEL-ESTRADA, | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to issue a warrant for the arrest and apprehension of Jose Curiel-Estrada pursuant to an Information filed against him by the United States Attorney on September 28, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 28, 2006

AND NOW, this __28__ day of __September__, 2006, based upon the foregoing Motion, IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Jose Curiel-Estrada.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
SEP 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE