UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|                             |   |                                  |
|-----------------------------|---|----------------------------------|
| UNITED STATES OF AMERICA,   | : |                                  |
|                             | : |                                  |
| Plaintiff,                  | : |                                  |
|                             | : |                                  |
| v.                          | : | Criminal Action No. 06-02PO-MPT  |
|                             | : |                                  |
| JOSE CURIEL-ESTRADA,        | : |                                  |
|                             | : |                                  |
|                             | : |                                  |
| Defendant.                  | : |                                  |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and

enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Jose Curiel-

Estrada, in the above-captioned matter.


/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801


DATED: October 5, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Jose Curiel-Estrada hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 5, 2006, to:

Beth Moskow-Schnoll, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 5, 2006